**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| T.C. as next friend of STUDENT, a minor child | § § § § § | |
| Plaintiff | | |
| VS. | § § | Case No. 4:13cv186 (Judge Clark/Judge Bush) |
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT | § § § § | |
| Defendant | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 23, 2016, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Lewisville Independent School District's Motion for Judgment on the Administrative Record (Dkt. # 54) should be GRANTED; that Plaintiff's Motion for Judgment on the Administrative Record (Dkt. # 55) should be DENIED; that Plaintiff should take nothing by her claims here; that final judgment should be entered for Defendant; that Defendant should be awarded its costs; and that this matter should be closed on the court's docket.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the court. Therefore, Defendant Lewisville Independent School District's Motion for Judgment on the Administrative Record (Dkt. # 54) is GRANTED, Plaintiff's Motion for Judgment on the Administrative Record (Dkt. # 55) is DENIED, Plaintiff shall take nothing by her claims here, and final judgment shall be entered for Defendant. Defendant shall be awarded its costs, and this matter shall be closed on the court's docket.

So **ORDERED** and **SIGNED** this **17** day of **March, 2016.**

_____
Ron Clark, United States District Judge